4/20/2026 3:54 PM
26CV18793

IN THE CIRCUIT COURT OF THE STATE OF OREGON

FOR THE COUNTY OF MULTNOMAH

| J&K GROUP LLC, KELLY CHEN, AND JUN WANG, | ) | Case No. |
|---|---|---|
| Plaintiffs, | ) ) ) | **COMPLAINT** |
| | ) ) | **(Breach of Insurance Contract; Negligence Per Se)** |
| v. | ) | |
| STATE FARM FIRE AND CASUALTY COMPANY, | ) ) ) | **(Not Subject to Mandatory Arbitration)** |
| Defendant. | ) ) | **JURY TRIAL REQUESTED** |
| | ) ) | **Fee Authority: ORS 21.160(1)(d)** |
| | ) ) | **Prayer Amount: $1,200,000** |

**FIRST CLAIM FOR RELIEF**
**(Breach of Insurance Contract)**

1.

Plaintiff J&K Group LLC (hereinafter "J&K") is, and at all times material herein was, an Oregon LLC. Plaintiffs Kelly Chen and Jun Wang (collectively with J&K, "plaintiffs") are, and at all times material herein were, the sole members of J&K.

Page 1 – COMPLAINT

**BONAPARTE & BONAPARTE, LLP**
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email: bob@bb-law.net
       stephen@bb-law.net

Exhibit 1 - Pg 001 of 008

2.

Defendant State Farm Fire and Casualty Company (hereinafter "defendant") is, and at all times material herein was, a corporation.

3.

Defendant issued a commercial insurance policy (the "policy") to J&K covering a commercial property at 12113 SE Foster Road. Plaintiffs Kelly Chen and Jun Wang were defined as insureds under the policy for purposes of operating J&K's business. The policy was issued for valuable consideration in the form of policy premiums, which were paid by J&K.

4.

Pursuant to the policy, defendant insured J&K's business property and agreed to pay for accidental physical losses and business income loss.

5.

While the policy was in force, on March 21, 2025, plaintiffs suffered an accidental fire loss.

6.

The losses suffered by plaintiffs fall within the coverage of defendant's policy. Pursuant to the terms of the policy, J&K sought payment from defendant for all its damages. Defendant improperly adjusted the business income loss and has refused to pay all of J&K's losses.

///

///

Page 2 – COMPLAINT

BONAPARTE & BONAPARTE, LLP
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email: bob@bb-law.net
        stephen@bb-law.net

Exhibit 1 - Pg 002 of 008

7.

Defendant's denial and refusal to pay all of J&K's damages constitutes a breach of the insurance contract.

8.

As a result of defendant's breach of contract, J&K has been damaged in the approximate amount of $700,000.

9.

J&K is entitled to award of its reasonably incurred attorney fees under ORS 742.061.

## COUNT 2
### (Implied Covenant)

10.

Plaintiffs reallege and incorporate by reference the allegations in paragraphs 1-9.

11.

Defendant improperly failed to make payments, refused coverage for certain losses, and delayed payment for other accidental physical losses and business income losses in violation of the policy of insurance, thus causing damages to J&K.

12.

Defendant violated the implied covenant of good faith and fair dealing by failing properly to investigate the loss, adjust the claim, evaluate the

Page 3 – COMPLAINT

BONAPARTE & BONAPARTE, LLP
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email: bob@bb-law.net
      stephen@bb-law.net

Exhibit 1 - Pg 003 of 008

extent of the covered business income loss, and pay J&K for all the losses sustained, causing damages to J&K as follows:

a. On March 21, 2025, J&K's business property was damaged by a fire.

b. J&K promptly reported the losses and provided proper proof of loss.

c. Defendant has repudiated its obligations under the contract.

d. J&K has supplied all information and documentation requested by defendant.

13.

It was foreseeable to defendant that if it breached its obligations under the insurance policy, J&K would suffer damages.

14.

As a result of the breach of contract by defendant, J&K has suffered damages as set forth in paragraph 8.

**SECOND CLAIM FOR RELIEF**
**(Negligence Per Se)**

15.

The allegations in paragraphs 1-14 are incorporated herein by reference.

///

///

Page 4 – COMPLAINT

**BONAPARTE & BONAPARTE, LLP**
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email: bob@bb-law.net
stephen@bb-law.net

Exhibit 1 - Pg 004 of 008

16.

Because defendant is a corporation that sells insurance and provides insurance coverage to Oregon consumers, the Oregon Legislature requires defendant to adhere to a specified standard of care in the performance of its insurance contracts independent of, in addition to, and outside of the terms of the insurance contract. That standard of care is codified at ORS 746.230.

17.

Defendant failed to comply with its obligations under ORS 746.230 in its review, investigation, valuation of J&K's loss, and eventual decision to pay J&K less than the amounts it is owed under the policy following the devastating accidental loss suffered by plaintiffs in one or more of the following ways:

a. By refusing to pay the insurance benefits without conducting a reasonable investigation based on all available information, in violation of ORS 746.230(1)(d);

b. By failing to affirm or deny coverage of claims within a reasonable time after proof of loss, in violation of ORS 746.230(1)(e);

c. By not attempting, in good faith, to promptly and equitably settle a claim in which the insurer's liability has become reasonably clear, in violation of ORS 746.230(1)(f);

///

///

Page 5 – COMPLAINT

BONAPARTE & BONAPARTE, LLP
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email: bob@bb-law.net
stephen@bb-law.net

Exhibit 1 - Pg 005 of 008

d. By compelling plaintiffs to initiate this litigation to recover amounts due by offering substantially less than the amount of the covered loss pled as damages in this action, in violation of ORS 746.230(1)(g); and

e. By attempting to settle claims for less than the amount to which a reasonable person would believe a reasonable person was entitled after referring to written or printed advertising material accompanying or made part of an application, in violation of ORS 746.230(1)(h).

18.

Defendant's failure to comply with its obligations under ORS 746.230(1) was at minimum negligent, and on information and belief constituted a series of intentional acts defendant undertook either with full knowledge of the unreasonable risk that those acts would cause severe harm to plaintiffs or else recklessly as to that unreasonable risk of severe harm.

19.

Defendant's failure to comply with its obligations under ORS 746.230(1) caused J&K to suffer significant economic loss. The policy provides coverage for business income loss for up to twelve months following a covered loss. But for defendant's delays in issuing payments as to which J&K's entitlement was not in dispute, refusal to indemnify J&K for the full extent of J&K's covered business income loss, and other violations of the standard of care codified at ORS 746.230, J&K would have been able to restore its business to the point that its business income loss would not have

Page 6 – COMPLAINT

BONAPARTE & BONAPARTE, LLP
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email: bob@bb-law.net
stephen@bb-law.net

Exhibit 1 - Pg 006 of 008

continued past the end of the covered period. As a direct result of defendant's violations of its statutory standard of care, J&K's business income loss will continue for at least six months beyond the covered period, causing J&K to suffer economic loss in an amount to be determined.

20.

Defendant's failure to comply with its obligations under ORS 746.230(1) further caused Kelly Chen to suffer physical injury, headaches, loss of function, mental anguish, loss of sleep, emotional distress and anxiety, and other stress-related symptoms in the amount of $250,000.

21.

Defendant's failure to comply with its obligations under ORS 746.230(1) further caused Jun Wang to suffer physical injury, headaches, mental anguish, loss of sleep, emotional distress and anxiety, and other stress-related symptoms in the amount of $250,000.

22.

Defendant knew, or, in the exercise of reasonable care as a corporation engaged in the business of marketing and selling insurance, should have known, that one or more of its foregoing acts or omissions would create a highly unreasonable risk of harm to plaintiffs. In committing those acts and/or omissions, defendant either intentionally disregarded the duty of care it owed to plaintiffs under ORS 746.230(1)(d)-(h) or was, at minimum, recklessly indifferent to the risk that plaintiffs would suffer harm

Page 7 – COMPLAINT

BONAPARTE & BONAPARTE, LLP
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email: bob@bb-law.net
stephen@bb-law.net

Exhibit 1 - Pg 007 of 008

in consequence of defendant's violation of its statutory duties of care.

Plaintiffs plan to amend this complaint to include a prayer for punitive damages.

WHEREFORE, plaintiffs pray for relief from defendant as follows:

    a. On the FIRST CLAIM FOR RELIEF:  For damages in the amount of $700,000;

    b. On the SECOND CLAIM FOR RELIEF:  For emotional distress damages in the amount of $500,000, and for economic damages in an amount to be determined;

    c. For prejudgment interest at the legal rate from March 21, 2025;

    d. For plaintiffs' attorney fees, costs and disbursements herein; and

    e. For such other relief as the court deems just and proper.

DATED: April 20, 2026.

BONAPARTE & LEGGATT, LLC

By _/s/Stephen D. Leggatt_
Robert E.L. Bonaparte, OSB No. 883411
Stephen D. Leggatt, OSB No. 036013
*Of Attorneys for Plaintiffs*

Trial Attorney:
Stephen D. Leggatt, OSB No. 036013

Page 8 – COMPLAINT

BONAPARTE & BONAPARTE, LLP
ONE SW COLUMBIA STREET, SUITE 460
PORTLAND, OR 97204
TELEPHONE (503) 242-0005
email: bob@bb-law.net
stephen@bb-law.net

Exhibit 1 - Pg 008 of 008